

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00417-CV

———————————————

PATRICK ANDRE TUMER, Appellant

V.

KRISTEN ANN TUMER, Appellee

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-753667-24

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On January 8, 2025, the trial-court clerk responsible for preparing the record in this appeal informed us that Appellant had not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). On February 5, 2025, we notified Appellant that we would dismiss the appeal for want of prosecution unless, within ten days, Appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because Appellant has not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  March 13, 2025